1 | STROOCK & STROOCK & LAVAN LLP
  | JULIA B. STRICKLAND (State Bar No. 83013)
2 | LISA M. SIMONETTI (State Bar No. 165996)
  | JASON S. YOO (State Bar No. 261114)
3 | 2029 Century Park East, Suite 1600
  | Los Angeles, California  90067-3086
4 | Telephone: 310-556-5800
  | Facsimile: 310-556-5959
5 | Email: *lacalendar@stroock.com*

6 | Attorneys for Defendant
  |   DISCOVER FINANCIAL SERVICES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER BRADLEY, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DISCOVER FINANCIAL SERVICES,<br><br>　　　　　Defendant. | Case No. 3:11-cv-05746-NC<br><br>[Assigned to the Hon. Nathanael Cousins]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

---

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND
CASE NO. 3:11-cv-05746-NC

LA 51504907

## **STIPULATION**

WHEREAS, on November 30, 2011, plaintiff Walter Bradley ("Plaintiff") filed a Complaint in this Court;

WHEREAS, on December 19, 2011, defendant Discover Financial Services ("Defendant") executed a Waiver of the Service of Summons, which was filed with this Court on December 22, 2011;

WHEREAS, Defendant's response to the Complaint currently is due on or before February 7, 2012;

WHEREAS, the parties have agreed to a brief extension of the time for Defendant to answer or otherwise respond to the Complaint;

WHEREAS, pursuant to Local Rule 6-1(a), parties may agree to an extension of time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the extension proposed herein will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, no previous extensions have been requested; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall respond to the Complaint no later than February 21, 2012.

IT IS SO STIPULATED.

LA 51504907

Dated: January 23, 2012             STROOCK & STROOCK & LAVAN LLP
                                    JULIA B. STRICKLAND
                                    LISA M. SIMONETTI
                                    JASON S. YOO


                                    By:        */s/ Lisa M. Simonetti*
                                                    Lisa M. Simonetti

                                    Attorneys for Defendant
                                       DISCOVER FINANCIAL SERVICES


Dated: January 23, 2012             ANKCORN LAW FIRM, PC
                                    MARK ANKCORN


                                    By:        */s/ Mark Ankcorn*
                                                    Mark Ankcorn

                                    Attorneys for Plaintiff
                                       WALTER BRADLEY


## [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.


Dated: January 23, 2012                     _____
                                            HON. NATHANAEL COUSINS

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
CASE NO. 3:11-cv-05746-NC

LA 51504907

# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2012, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CLASS ACTION COMPLAINT** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of electronic Filing.  Parties may access this filing through the court's EM/ECF System.

>  /s/ *Lisa M. Simonetti*
>  Lisa M. Simonetti