STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
LISA M. SIMONETTI (State Bar No. 165996)
JASON S. YOO (State Bar No. 261114)
2029 Century Park East, Suite 1600
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
DISCOVER FINANCIAL SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BRADLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES,<br><br>Defendant. | Case No. 3:11-cv-05746-NC<br><br>[Assigned to the Hon. Nathanael Cousins]<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
CASE NO. 3:11-cv-05746-NC

LA 51514916

## STIPULATION

WHEREAS, on November 30, 2011, plaintiff Walter Bradley ("Plaintiff") filed a Complaint in this Court;

WHEREAS, on December 19, 2011, defendant Discover Financial Services ("Defendant") executed a Waiver of the Service of Summons, which was filed with this Court on December 22, 2011;

WHEREAS, Defendant's response to the Complaint currently is due on or before February 21, 2012;

WHEREAS, the parties have agreed to a brief extension of the time for Defendant to answer or otherwise respond to the Complaint;

WHEREAS, pursuant to Local Rule 6-1(a), parties may agree to an extension of time within which to answer or otherwise respond to a complaint, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the extension proposed herein will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Court previously granted one extension allowing Defendant to respond to the Complaint by February 21, 2012; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall respond to the Complaint no later than February 28, 2012.

IT IS SO STIPULATED.

-1-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
CASE NO. 3:11-cv-05746-NC

LA 51514916

| | |
|---|---|
| Dated: February 17, 2012 | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>LISA M. SIMONETTI<br>JASON S. YOO |

By: _/s/ Lisa M. Simonetti_
　　　Lisa M. Simonetti

Attorneys for Defendant
DISCOVER FINANCIAL SERVICES

| | |
|---|---|
| Dated: February 17, 2012 | ANKCORN LAW FIRM, PC<br>MARK ANKCORN |

By: _/s/ Mark Ankcorn_
　　　Mark Ankcorn

Attorneys for Plaintiff
WALTER BRADLEY

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 2/17/12　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. NATHANAEL COUSINS

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND
CASE NO. 3:11-cv-05746-NC

LA 51514916

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086