UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BRADLEY, on behalf of himself and all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DISCOVER FINANCIAL SERVICES,<br><br>　　　　Defendant. | Case No.: C-11-05746-YGR<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE CASES WITHOUT PREJUDICE** |

　　　Plaintiff Andrew Steinfeld has filed an Administrative Motion to Relate Cases seeking to have *Steinfeld v. Discover Financial Services, et al.*, Case No. 4:12-cv-01118-DMR related to the above-captioned action and reassigned to the undersigned. (Dkt. No. 25.) As indicated in the Declaration of Daniel M. Hutchinson in Support of the Administrative Motion to Relate Cases, counsel for all parties in both actions have stipulated to relating cases. (Dkt. Nos. 25-1 & 25-2.) However, the Court **DENIES** the motion at this juncture without additional information and **WITHOUT PREJUDICE** to any party resubmitting another motion to relate. It is unclear to the Court, for example, whether the plaintiffs and defendants entered into the same agreement in both actions and whether there are issues relating to the different time frames in the actions.

　　　**IT IS SO ORDERED.**

Dated: April 5, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**