1

ANKCORN LAW FIRM PC
Mark Ankcorn (State Bar No. 166871)
mark@markankcorn.com
9845 Erma Road, Suite 300
San Diego, CA 92131
Telephone:  619-870-0600
Facsimile:  619-684-3541

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

2

3

4

5

6

TERRELL MARSHALL DAUDT
& WILLIE PLLC
Beth E. Terrell (State Bar No. 178181)
bterrell@tmdwlaw.com
Kimberlee L. Gunning (admitted *pro hac vice*)
kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 350-3528

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Kristen Law Sagafi (State Bar No. 222249)
Daniel M. Hutchinson (State Bar No. 239458)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (admitted *pro hac vice*)
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

7

8

9

10

11

12

*Attorneys for Plaintiff Walter Bradley
and the Proposed Class*

13

14

15

16

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

WALTER BRADLEY, on behalf of
himself and all others similarly situated,

Plaintiffs,

v.

DISCOVER FINANCIAL SERVICES,

Defendant.

Case No. 4:11-cv-5746-YGR

**STIPULATION AND [PROPOSED]
ORDER REGARDING DEFENDANT'S
MOTION TO COMPEL ARBITRATION
AND STAY ACTION**

Judge:      Hon. Yvonne Gonzales Rogers

26

27

28

1052191.2

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:11-CV-5746-YGR

1    Plaintiff Walter Bradley and Defendant Discover Financial Services, through their

2  undersigned counsel, hereby stipulate as follows:

3    WHEREAS, pursuant to Stipulation and Order so that the parties could attend mediation

4  before the Honorable Carl West (Ret.) of JAMS, the hearing on Defendant's Motion to Compel

5  Arbitration and Stay Action (Dkt. No. 13) is currently set for September 25 at 2:00 p.m.;

6    WHEREAS, the parties had constructive sessions on May 31, 2012, and July 10, 2012,

7  and follow-up teleconferences with Judge West on July 24, 2012, and August 6, 2012, but were

8  not able to finally resolve the matter;

9    WHEREAS, the parties have scheduled a mediation with Judge West for September 27,

10  2012 to continue discussions;

11    WHEREAS, by its Order dated August 10, 2012 (the "Order"), Court ordered:  "The

12  Court will entertain a stipulation of the parties to withdraw the pending Motion to Compel

13  Arbitration and Stay Action, but will permit Defendant to re-notice the hearing (if settlement is

14  not reached) on a shorter timeframe than provided in the Local Rules. If such stipulation to

15  withdraw is reached, the Court will allow Defendant to re-notice the hearing with twenty-one (21)

16  days notice prior to the hearing date . . . If the parties reach a stipulation regarding withdrawal of

17  the pending motion, the Case Management Conference will be taken off calendar;"  (Dkt. No.

18  49.) and

19    WHEREAS, pursuant to the Order, the parties seek to withdraw, without prejudice,

20  Defendant's Motion to Compel Arbitration and Stay Action (Dkt. No. 13), so that they may

21  devote the limited time between now and the September 27 mediation to matters that will advance

22  the parties' ability to engage in meaningful settlement negotiations.

23    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff

24  Bradley, by his undersigned counsel, and Defendant, by its undersigned counsel, that the hearing

25  on Defendant's Motion to Compel Arbitration and Stay Action (Dkt. No. 13) shall be withdrawn

26  without prejudice.  If settlement is not reached, Defendant may re-notice the hearing on its

27  Motion to Compel Arbitration and Stay Action with twenty-one (21) days notice prior to the

28  hearing date.

1    IT IS SO STIPULATED.

2    Dated: August 15, 2012                    ANKCORN LAW FIRM PC

3                                              By: _ */s/ Mark Ankcorn*
                                                    Mark Ankcorn
4

5                                             Mark Ankcorn
                                              mark@markankcorn.com
6                                             ANKCORN LAW FIRM PC
                                              9845 Erma Road, Suite 300
7                                             San Diego, CA 92131
                                              Telephone:  619-870-0600
8                                             Facsimile:  619-684-3541

9                                             Beth E. Terrell
                                              bterrell@tmdwlaw.com
10                                            Kimberlee L. Gunning
                                              (admitted *pro hac vice*)
11                                            kgunning@tmdwlaw.com
                                              TERRELL MARSHALL DAUDT & WILLIE PLLC
12                                            936 North 34th Street, Suite 400
                                              Seattle, Washington  98103-8869
13                                            Telephone: (206) 816-6603
                                              Facsimile: (206) 350-3528
14

15                                            LIEFF CABRASER HEIMANN
                                              & BERNSTEIN, LLP
16                                            Jonathan D. Selbin (State Bar No. 170222)
                                              250 Hudson Street, 8th Floor
17                                            New York, NY  10013
                                              Telephone:  (212) 355-9500
18                                            Facsimile:  (212) 355-9592

19                                            LIEFF CABRASER HEIMANN
                                              & BERNSTEIN, LLP
20                                            Kristen Law Sagafi (State Bar No. 222249)
                                              Daniel M. Hutchinson (State Bar No. 239458)
21                                            275 Battery Street, 29th Floor
                                              San Francisco, California  94111-3339
22                                            Telephone:  (415) 956-1000
                                              Facsimile:  (415) 956-1008
23

24                                            MEYER WILSON CO., LPA
                                              Matthew R. Wilson (admitted *pro hac vice*)
25                                            1320 Dublin Road, Ste. 100
                                              Columbus, Ohio 43215
26                                            Telephone:  (614) 224-6000
                                              Facsimile:  (614) 224-6066
27

28                                            *Attorneys for Plaintiff Bradley and the Proposed Class*

1052191.2                        - 3 -                STIPULATION AND [PROPOSED] ORDER
                                                     CASE NO. 4:11-CV-5746-YGR

1    Dated:  August 15, 2012                STROOCK & STROOCK & LAVAN LLP

2                                           By:  __ */s/ Lisa M. Simonetti*
                                                    Lisa M. Simonetti
3

4                                           Julia B. Strickland
                                            jstrickland@stroock.com
5                                           Lisa M. Simonetti
                                            lsimonetti@stroock.com
6                                           Shannon E. Ponek
                                            sponek@stroock.com
7                                           STROOCK & STROOCK & LAVAN LLP
                                            2029 Century Park East, 16th Floor
8                                           Los Angeles, CA 90067-3086
                                            Telephone:  310-556-5800
9                                           Facsimile:  310-556-5959

10                                          *Attorneys for Defendant Discover Financial Services*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1052191.2                                   - 4 -                    STIPULATION AND [PROPOSED] ORDER
                                                                     CASE NO. 4:11-CV-5746-YGR

1

2

## **[PROPOSED]** ORDER

Pursuant to the above Stipulation, **IT IS SO ORDERED.**  Defendant's Motion to Compel

3

Arbitration and Stay Action is withdrawn without prejudice.  This Order terminates Dkt. Nos. 13

4

& 50.  The hearing on September 25, 2012 is hereby **VACATED**.

5

6

Dated:  August 16, 2012

7

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1052191.2

- 5 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. 4:11-CV-5746-YGR