| | |
|---|---|
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP<br>Mark Ankcorn (State Bar No. 166871)<br>mark@cglaw.com<br>110 Laurel Street<br>San Diego, CA  92101<br>Telephone:  619-238-1811<br>Facsimile:   619-544-9232<br><br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>dhutchinson@lchb.com<br>Kristen Law Sagafi<br>ksagafi@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415-956-1000<br>Facsimile:   415-956-1008<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>jselbin@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY  10013<br>Telephone:  212-355-9500<br>Facsimile:   212-355-9592 | TERRELL MARSHALL DAUDT & WILLIE PLLC<br>Beth E. Terrell (State Bar No. 178181)<br>bterrell@tmdwlaw.com<br>Kimberlee Gunning (admitted *pro hac vice*)<br>kgunning@tmdwlaw.com<br>936 North 34th Street, Suite 400<br>Seattle, WA  98103-8869<br>Telephone:  206-816-6603<br>Facsimile:   206-350-3528<br><br>MEYER WILSON CO., LPA<br>Matthew R. Wilson (admitted *pro hac vice*)<br>mwilson@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, Ohio 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 |

*Attorneys for Plaintiff Bradley and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BRADLEY, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DISCOVER FINANCIAL SERVICES,<br><br>　　　　　Defendant. | Case No. 4:11-cv-5746-YGR<br><br>[Assigned to the Hon. Yvonne Gonzalez Rogers]<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |

Plaintiff Walter Bradley and defendant Discover Financial Services, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is an action pending before Judge White of the United States District Court for the Northern District of California, captioned *Andrew Steinfeld v. Discover Financial Services, et al.*, case number 3:12-cv-01118-JSW ("the *Steinfeld* action"); and

WHEREAS, on May 17, 2013, Plaintiffs filed a First Amended Complaint in the *Steinfeld* action, Docket No. 47 (the "FAC"), that added Walter Bradley as a named plaintiff; and

WHEREAS, on May 17, 2013, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Settlement Agreement in the *Steinfeld* action, Docket No. 48-1 (the "Preliminary Approval Motion"), which requests that the Court enter an order preliminarily approving the class action Settlement Agreement, dated May 17, 2013 (the "Settlement Agreement"); and

WHEREAS, pursuant to Section III.A. of the Settlement Agreement, the parties agreed this action shall be dismissed;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by his undersigned counsel, and Defendant, by its undersigned counsel, as follows:

1. This action shall be dismissed without prejudice, with each party bearing its own fees and costs.

2. If the Court in the *Steinfeld* action does not approve the Settlement, the statute of limitations period applicable to claims made in the *Steinfeld* FAC shall be calculated from the date of the filing of this action, November 30, 2011.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: May 23, 2013 | /s/ Mark Ankcorn |
| | | By: Mark Ankcorn |
| 4 | | |
| 5 | | CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP |
| 6 | | Mark Ankcorn (State Bar No. 166871) |
| | | mark@cglaw.com |
| 7 | | 110 Laurel Street |
| 8 | | San Diego, CA 92101 |
| | | Telephone: 619-238-1811 |
| 9 | | Facsimile: 619-544-9232 |
| 10 | | |
| 11 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 12 | | Daniel M. Hutchinson (State Bar No. 239458) |
| 13 | | dhutchinson@lchb.com |
| | | Kristen Law Sagafi |
| 14 | | ksagafi@lchb.com |
| 15 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| 16 | | Telephone: 415-956-1000 |
| 17 | | Facsimile: 415-956-1008 |
| 18 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 19 | | Jonathan D. Selbin (State Bar No. 170222) |
| 20 | | jselbin@lchb.com |
| 21 | | 250 Hudson Street, 8th Floor |
| | | New York, NY 10013 |
| 22 | | Telephone: 212-355-9500 |
| 23 | | Facsimile: 212-355-9592 |
| 24 | | TERRELL MARSHALL DAUDT & WILLIE PLLC |
| 25 | | Beth E. Terrell (State Bar No. 178181) |
| 26 | | bterrell@tmdwlaw.com |
| 27 | | Kimberlee Gunning (admitted *pro hac vice*) kgunning@tmdwlaw.com |
| 28 | | 936 North 34th Street, Suite 400 Seattle, WA 98103-8869 |

Telephone: 206-816-6603
Facsimile: 206-350-3528

MEYER WILSON CO., LPA
Matthew R. Wilson (admitted *pro hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff Bradley and the Proposed Class*

Dated: May 23, 2013        /s/ Lisa Simonetti
By: Lisa Simonetti

STROOCK & STROOCK & LAVAN LLP
Julia B. Strickland (State Bar No. 83013)
jstrickland@stroock.com
Lisa M. Simonetti (State Bar No. 165996)
lsimonetti@stroock.com
Shannon E. Ponek (State Bar No. 261135)
sponek@stroock.com
2029 Century Park East, Suite 1600
Los Angeles, CA 90067-3086
Telephone: 310-556-5800

*Attorneys for Defendant Discover Financial Services*

- 4 -

## [PROPOSED] ORDER

FOR GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: May __, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 23, 2013, copies of the foregoing **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

*/s/ Daniel M. Hutchinson*
Daniel M. Hutchinson