CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP
Mark Ankcorn (State Bar No. 166871)
mark@cglaw.com
110 Laurel Street
San Diego, CA  92101
Telephone:  619-238-1811
Facsimile:   619-544-9232

LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
Kristen Law Sagafi
ksagafi@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415-956-1000
Facsimile:   415-956-1008

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  212-355-9500
Facsimile:   212-355-9592

TERRELL MARSHALL DAUDT
& WILLIE PLLC
Beth E. Terrell (State Bar No.
178181)
bterrell@tmdwlaw.com
Kimberlee Gunning (admitted *pro
hac vice*)
kgunning@tmdwlaw.com
936 North 34th Street, Suite 400
Seattle, WA  98103-8869
Telephone:  206-816-6603
Facsimile:   206-350-3528

MEYER WILSON CO., LPA
Matthew R. Wilson (admitted *pro
hac vice*)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff Bradley and the
Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER BRADLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES,<br><br>Defendant. | Case No. 4:11-cv-5746-YGR<br><br>[Assigned to the Hon. Yvonne Gonzalez Rogers]<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Walter Bradley and defendant Discover Financial Services, through their undersigned counsel, hereby stipulate as follows:

WHEREAS, there is an action pending before Judge White of the United States District Court for the Northern District of California, captioned *Andrew Steinfeld v. Discover Financial Services, et al.*, case number 3:12-cv-01118-JSW ("the *Steinfeld* action"); and

WHEREAS, on May 17, 2013, Plaintiffs filed a First Amended Complaint in the *Steinfeld* action, Docket No. 47 (the "FAC"), that added Walter Bradley as a named plaintiff; and

WHEREAS, on May 17, 2013, Plaintiffs filed an Unopposed Motion for Preliminary Approval of Settlement Agreement in the *Steinfeld* action, Docket No. 48-1 (the "Preliminary Approval Motion"), which requests that the Court enter an order preliminarily approving the class action Settlement Agreement, dated May 17, 2013 (the "Settlement Agreement"); and

WHEREAS, pursuant to Section III.A. of the Settlement Agreement, the parties agreed this action shall be dismissed;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiff, by his undersigned counsel, and Defendant, by its undersigned counsel, as follows:

1. This action shall be dismissed without prejudice, with each party bearing its own fees and costs.

2. If the Court in the *Steinfeld* action does not approve the Settlement, the statute of limitations period applicable to claims made in the *Steinfeld* FAC shall be calculated from the date of the filing of this action, November 30, 2011.

IT IS SO STIPULATED.

1

2

3   Dated:  May 23, 2013                    /s/ Mark Ankcorn

4                                          By:  Mark Ankcorn

5                                          CASEY GERRY SCHENK FRANCAVILLA
                                           BLATT & PENFIELD LLP
6                                          Mark Ankcorn (State Bar No. 166871)
                                           mark@cglaw.com
7                                          110 Laurel Street
8                                          San Diego, CA  92101
                                           Telephone:  619-238-1811
9                                          Facsimile:   619-544-9232

10

11                                         LIEFF, CABRASER, HEIMANN &
                                             BERNSTEIN, LLP
12                                         Daniel M. Hutchinson (State Bar No. 239458)
                                           dhutchinson@lchb.com
13                                         Kristen Law Sagafi
14                                         ksagafi@lchb.com
                                           275 Battery Street, 29th Floor
15                                         San Francisco, CA  94111-3339
16                                         Telephone:  415-956-1000
                                           Facsimile:   415-956-1008
17

18                                         LIEFF CABRASER HEIMANN & BERNSTEIN,
                                           LLP
19                                         Jonathan D. Selbin (State Bar No. 170222)
20                                         jselbin@lchb.com
                                           250 Hudson Street, 8th Floor
21                                         New York, NY  10013
22                                         Telephone:  212-355-9500
                                           Facsimile:   212-355-9592
23

24                                         TERRELL MARSHALL DAUDT & WILLIE
                                           PLLC
25                                         Beth E. Terrell (State Bar No. 178181)
26                                         bterrell@tmdwlaw.com
                                           Kimberlee Gunning (admitted *pro hac vice*)
27                                         kgunning@tmdwlaw.com
                                           936 North 34th Street, Suite 400
28                                         Seattle, WA  98103-8869

                                           - 3 -

1     Telephone:  206-816-6603
2     Facsimile:   206-350-3528

3     MEYER WILSON CO., LPA
4     Matthew R. Wilson (admitted *pro hac vice*)
      mwilson@meyerwilson.com
5     1320 Dublin Road, Ste. 100
      Columbus, Ohio 43215
6     Telephone: (614) 224-6000
7     Facsimile: (614) 224-6066

8
      *Attorneys for Plaintiff Bradley and the Proposed*
9     *Class*

10
      Dated:  May 23, 2013          _____/s/ Lisa Simonetti_____
11                                   By:   Lisa Simonetti

12
      STROOCK & STROOCK & LAVAN LLP
13    Julia B. Strickland (State Bar No. 83013)
      jstrickland@stroock.com
14    Lisa M. Simonetti (State Bar No. 165996)
      lsimonetti@stroock.com
15    Shannon E. Ponek (State Bar No. 261135)
16    sponek@stroock.com
      2029 Century Park East, Suite 1600
17    Los Angeles, CA  90067-3086
18    Telephone:  310-556-5800

19
20    *Attorneys for Defendant Discover Financial*
      *Services*
21

22

23

24

25

26

27

28

1

2
## [PROPOSED] ORDER

3
FOR GOOD CAUSE APPEARING AND PURSUANT TO THE

4
STIPULATION, IT IS SO ORDERED.  This action is hereby **DISMISSED**

5
**WITHOUT PREJUDICE**.

6
This Order terminates Dkt. No. 53.

7

8
DATED:  May 24, 2013

9
YVONNE GONZALEZ ROGERS

10
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28